UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AARON DESHON SPEARS,

         Petitioner,

vs.                   Case No.  2:05-cv-331-FtM-29SPC

STATE OF FLORIDA; CHARLIE CRIST,

         Respondents.

_____

**OPINION AND ORDER**

_____This matter comes before the Court on Notice of Appeal (Doc. #9), filed on October 13, 2005, and deemed to include a request for a Certificate of Appealability.

On April 24, 1996, the President signed into law amendments to 28 U.S.C. §§ 2244, 2253, 2254, 2255, Appellate Rule 22, and 21 U.S.C. § 848(q).  Under 28 U.S.C. § 2253(c)(1), an appeal cannot be taken from a final order in a habeas proceeding unless a certificate of appealability issues.  The decision to issue a certificate of appealability requires "an overview of the claims in the habeas petition and a general assessment of their merits." Miller-El v. Cockrell, 537 U.S. 322, 336 (2003).

Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.  See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Peoples v. Haley, 227

F.3d 1342 (11th Cir. 2000).  When the district court has rejected a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 121 S. Ct. 1738 (2001).  "This threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims." Miller-El v. Cockrell, 537 U.S. at 336.

On August 2, 2005, the Court entered an Order (Doc. #5) denying petitioner's Petition for Relief from Judgment finding that petitioner had previously sought federal habeas relief through prior filings.  The Court finds that petitioner has failed to show that jurists of reason would find it debatable whether the Court was correct in its procedural ruling.  Therefore, the certificate of appealability is due to be denied.

Accordingly, it is now

**ORDERED**:

Petitioner's request for a certificate of appealability, deemed included in the Notice of Appeal (Doc. #9), is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   20th   day of October, 2005.

JOHN E. STEELE
United States District Judge

-2-

Copies:
USCA
Parties of record
SA/hk